ENTERED ON DOCKET
3/28/06  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC. <br><br> Plaintiff(s) <br><br> vs. <br><br> LATIN AMERICAN ENTERPRISES, INC., et al. <br><br> Defendant(s) | CIVIL CASE    04-2047  (JAF) |

## JUDGMENT

Pursuant to this Court's Order (docket #20) Judgment is entered incorporating the terms of the settlement contained in said document as if set forth at length herein. Case dismissed and jurisdiction retained to enforce settlement if need be.

In San Juan, Puerto Rico, this  28th  day of  March,  2006.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk